**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DALE DAVIS                                                                                                    PLAINTIFFS
and SUE DAVIS

v.                                          No.  4:09CV00897 JLH

CAMPING WORLD RV SALES, LLC;
and FOUR WINDS INTERNATIONAL
CORPORATION                                                                                        DEFENDANTS

**ORDER**

The Final Scheduling Order entered on February 23, 2010, directed the parties to file a status report by August 13, 2010.  Counsel have previously been contacted regarding the report, but as of this date, plaintiffs' status report has not been filed.  Therefore, plaintiffs are directed to file a status report no later than *Friday, September 3, 2010.*

IT IS SO ORDERED this 1st day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE