**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DALE DAVIS and SUE DAVIS                                                  PLAINTIFFS

v.                                        NO. 4:09CV00897 JLH

CAMPING WORLD RV SALES, LLC;
and FOUR WINDS INTERNATIONAL CORP.                            DEFENDANTS

## ORDER OF DISMISSAL

Having been informed that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 22nd day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE